UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

JEFFREY PADOVANO, THOMAS WERNDLE,
CHRIS ARBER, MICHAEL TUTTLE and ANDREW
MITRANO, on behalf of themselves and others similarly
situated,

                                                Plaintiffs,

- vs -

FEDEX GROUND PACKAGE SYSTEM, INC.,

                                                Defendant.

**STIPULATION SELECTION OF MEDIATOR**

Case. No. 1:16-CV-17-FPG

    IT HEREBY IS STIPULATED AND AGREED, by and between counsel for all parties to this action, that Michael E. Dickstein, Esquire has been selected, contacted and has agreed to serve as Mediator for this action.

    IT IS FURTHER STIPULATED AND AGREED, in consultation with the Mediator, that the initial mediation session will be held on May 1, 2017 at 10:00 a.m., in Buffalo, New York.

    IT IS FURTHER STIPULATED AND AGREED that counsel will participate in the mediation session in good faith and confer with the Mediator regarding the scheduling of additional conference(s), bearing in mind the deadline for the completion of ADR set forth in the Court's Scheduling Order.

DATED: February 13, 2017

Respectfully submitted,

By: /s/ Mathew Thomson
    Harold L. Lichten, *pro hac vice*
    Shannon Lis-Riodan, *pro hac vice*
    Mathew Thomson, *pro hac vice*
    LICHTEN & LISS-RIORDAN, P.C.
    729 Boylston Street, Suite 2000
    Boston, MA  02116
    T:  (617) 994-5800

By: /s/ Joseph P. McHugh
    Joseph P. McHugh, Esq.
    Rosa Copeland Miller, Esq.
    FEDEX GROUND PACKAGE SYSTEM, INC.
    1000 FedEx Drive
    Moon Township, PA 15108
    Tel: (412) 859-5917

1

hlichten@llrlaw.com
sliss@llrlaw.com
mthomson@llrlaw.com

Samuel Alba, Esq.
Robert Friedman, Esq.
FRIEDMAN & RANZENHOFER, P.C.
74 Main Street
PO Box 31
Akron, NY 14001
sam@legalsurvival.com

Peter Winebrake
R. Andrew Santillo
Mark J. Gottesfeld
WINERAKE & SANTILLO, LLC
715 Twining Road, Suite 211
Dresser, PA  19025
pwinebrake@winebrakelaw.com
asantillo@winebrakelaw.com
mgottesfeld@winebrakelaw.com

*Attorneys for Plaintiffs*

Email: joseph.mchugh@fedex.com

NIXON PEABODY LLP
Susan C. Roney, Esq.
Key Towers at Fountain Plaza
40 Fountain Plaza, Suite 500
Buffalo, New York 14202
Tel: (716) 853-8100
Email: sroney@nixonpeabody.com

*Attorneys for Defendant*
*FedEx Ground Package System, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of this document was electronically served on all counsel of record through the Court ECF system on February 13, 2017.

By: /s/
*Attorney for Defendant*
*FedEx Ground Package System, Inc.*
1000 FedEx Drive
Moon Township, PA 15108
Tel: (412) 859-5917
Email: joseph.mchugh@fedex.com