UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK



JEFFREY PADOVANO, THOMAS WERNDLE, CHRIS ARBER, MICHAEL TUTTLE, and ANDREW MITRANO, on behalf of themselves and others similarly situated,

Plaintiffs,

v.

FEDEX GROUND PACKAGE SYSTEM, INC.,

Defendant.

Civil Action No.
1:16-cv-00017 (FPG)

## [PROPOSED] ORDER ON PLAINTIFFS' MOTION TO SEAL DOCUMENTS

Upon consideration of Plaintiffs' Motion to Seal Documents, and pursuant to the Court's Protective Order, the Court hereby ORDERS that the following documents may be filed under seal:

ECF No. 28-8;

ECF No. 28-9;

ECF No. 28-11;

ECF No. 28-13;

ECF No. 28-14;

ECF No. 28-17;

ECF No. 28-18;

ECF No. 28-21;

ECF No. 28-22;

ECF No. 28-24

_____8/28/17_____
DATE

_____
Hon. Frank P. Geraci
Chief United States District Judge